UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**No. 26-1768**

SpecialtyCare, Inc., v. CIGNA Healthcare, Inc.
(D. Del. No. 1:24-cv-0137)

**No. 26-1769**

SpecialtyCare, Inc., v. UMR, Inc.
(D. Del. No. 1:24-cv-01396)

**ORDER**

The above-captioned appeals are consolidated for the purposes of scheduling, the appellants' briefing, a single joint appendix, and disposition. The appellants must file a single opening (and reply) brief addressing both of their appeals. Although each appellee may file its own response brief, they are encouraged to file a joint brief if practicable. At a minimum, they should consult with one another regarding the contents of their briefs and join in or adopt portions by reference. See Fed. R. App. P. 28(i). The Court disfavors redundant briefing

All case-opening forms, motions, briefs, and other filings must be filed *only* in the appeal(s) to which they relate. Failure to file documents in the appropriate appeal(s) may result in the issuance of a noncompliance order. If any party is unsure how to file a particular document, he or she should call the case manager prior to filing the document.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: April 15, 2026
Tmm/cc: All Counsel of Record